**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II_____   **Investigating Agency** OIG/SSA and FBI

**City** Lowell and Dracut_____   **Related Case Information:**

**County** Middlesex_____
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See attached_____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10029-ADB_____   ☑ Yes  ☐ No

Defendant Name   Owen Landry_____   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:   Dracut, Massachusetts_____

Birth date (Yr only): 2002_   SSN (last 4#): 2478_   Sex: M_   Race White_____   Nationality: U.S._____

**Defense Counsel if known:**   Austin C. Tzeng_____   Address:  21 Thomas Mcgrath Hwy Ste 501_____

Bar Number: _____   Quincy, MA 02169_____

**U.S. Attorney Information**

AUSA:   Fred M. Wyshak, III_____   Bar Number if applicable:  674033_____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:**   1/30/2025_____

☑ Already in Federal Custody as of  1/30/2025_____   in   Plymouth County Correctional Facility .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  3_____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/16/2026_____   Signature of AUSA:  *Fred M. Wyshak, III*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Owen Landry _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 641 and 2 | Theft of Government Property and Aiding and Abetting | 1 |
| Set 2 | 42 U.S.C. § 408(a)(4) | Social Security Fraud | 2 |
| Set 3 | 42 U.S.C § 408(a)(6) | Furnishing False Information to Social Security | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

<u>Search Warrant Case Numbers</u>

24-MJ-6258-MPK

25-MJ-7048-JCB

25-MJ-7049-JCB

26-MJ-7253-JCB

26-MJ-7256-JCB

26-MJ-7257-JCB